**HAGENS BERMAN SOBOL SHAPIRO LLP**
Reed R. Kathrein (Bar No. 139304)
Lucas E. Gilmore (Bar No. 250893)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Tel: (510) 725-3000
Fax: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Proposed Liaison Counsel for the Class*

**LABATON KELLER SUCHAROW LLP**
Eric J. Belfi (*pro hac vice* forthcoming)
Francis P. McConville (*pro hac vice* forthcoming)
Guillaume Buell (pro hac vice forthcoming)
140 Broadway
New York, NY 10005
Tel: (212) 907-0700
Fax: (212) 818-0477
ebelfi@labaton.com
fmcconville@labaton.com
gbuell@labaton.com

*Counsel for Proposed Lead Plaintiff and Proposed Lead Counsel for the Class*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHARLENE ALONZO, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>v.<br><br>DEXCOM, INC., KEVIN R. SAYER, and JEREME M. SYLVAIN,<br><br>                    Defendants. | Case No. 24-cv-1485-RSH-VET<br><br>**CLASS ACTION**<br><br>**DECLARATION OF LUCAS E. GILMORE IN SUPPORT OF THE MOTION OF OAKLAND COUNTY FOR CONSOLIDATION, APPOINTMENT AS LEAD PLAINTIFF, AND APPROVAL OF SELECTION OF LEAD COUNSEL**<br><br>Date: November 25, 2024<br>Courtroom: 3B<br>Judge: Robert S. Huie |

| | |
|---|---|
| | PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |
| OAKLAND COUNTY EMPLOYEES' RETIREMENT SYSTEM and OAKLAND COUNTY VOLUNTARY EMPLOYEES' BENEFICIARY ASSOCIATION, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>v.<br><br>DEXCOM, INC., KEVIN R. SAYER, JEREME M. SYLVAIN, and SEAN CHRISTENSEN,<br><br>                    Defendants. | Case No. 24-cv-1804-RSH-VET<br><br>CLASS ACTION<br><br>Date: November 25, 2024<br>Courtroom: 3B<br>Judge: Robert S. Huie<br><br>PER CHAMBERS RULES, NO ORAL ARGUMENT UNLESS SEPARATELY ORDERED BY THE COURT |
| MATTHEW CARNES, Individually and on Behalf of All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>v.<br><br>DEXCOM, INC., KEVIN R. SAYER, and JEREME M. SYLVAIN,<br><br>                    Defendants. | Case No. 24-cv-1809-RBM-DDL<br><br>CLASS ACTION<br><br>Date: November 25, 2024<br>Courtroom: 5B<br>Judge: Ruth Bermudez Montenegro<br><br>NO ORAL ARGUMENT UNLESS ORDERED BY THE COURT |

1  I, Lucas E. Gilmore, declare as follows:

2      I am a member in good standing of the bar of the State of California and am admitted to practice before this Court. I am a partner at Hagens Berman Sobol Shapiro LLP ("Hagens Berman"), proposed Liaison Counsel for the Class. I submit this declaration in support of the motion filed by Lead Plaintiff movant Oakland County Voluntary Employees' Beneficiary Association ("Oakland County VEBA") and Oakland County Employees' Retirement System ("Oakland County ERS" and together with Oakland County VEBA, "Oakland County") for the entry of an Order: (i) consolidating the above-captioned related actions (the "Related Actions") pursuant to Rule 42 of the Federal Rules of Civil Procedure (ii) appointing Oakland County as Lead Plaintiff in the above-captioned securities class action pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"); (iii) approving the selection of Labaton Keller Sucharow LLP ("Labaton") as Lead Counsel for the Class and Hagens Berman Sobol Shapiro LLP as Liaison Counsel to the Class; and (iv) granting such other and further relief as the Court may deem just and proper.

    Attached as Exhibits A through F are true and correct copies of the following documents:

| | |
|---|---|
| EXHIBIT A: | Signed Certifications of Oakland County pursuant to the requirements of the PSLRA, 15 U.S.C. § 78u-4(a)(2); |
| EXHIBIT B: | A chart reflecting Oakland County's transactions in DexCom securities and approximate losses; |
| EXHIBIT C: | Notice of the first-filed action issued on Globe Newswire on August 21, 2024. |
| EXHIBIT D: | Notice of the second-filed action issued on PR Newswire on October 08, 2024. |
| EXHIBIT E: | Notice of the third-filed action issued on Business Wire on October 11, 2024. |
| EXHIBIT F: | Firm resume of Labaton Keller Sucharow LLP; and |
| EXHIBIT G: | Firm resume of Hagens Berman Sobol Shapiro LLP. |

1  I hereby declare under penalty of perjury that the foregoing is true and correct.

3  DATED: October 21, 2024

                                          Respectfully submitted,

**HAGENS BERMAN SOBOL SHAPIRO LLP**

*/s/ Lucas E. Gilmore*
Reed R. Kathrein (Bar No. 139304)
Lucas E. Gilmore (Bar No. 250893)
715 Hearst Avenue, Suite 300
Berkeley, CA 94710
Tel: (510) 725-3000
Fax: (510) 725-3001
reed@hbsslaw.com
lucasg@hbsslaw.com

*Proposed Liaison Counsel for the Class*

## INDEX OF EXHIBITS

| EXHIBIT | DESCRIPTION | Pages |
|---|---|---|
| A | Signed Certification of Oakland County pursuant to the requirements of the PSLRA, 15 U.S.C. § 78u-4(a)(2) | 1-8 |
| B | A chart reflecting Oakland County's transactions in DexCom securities and approximate losses | 9-12 |
| C | Notice of the first-filed action issued on Globe Newswire on August 21, 2024 | 13-15 |
| D | Notice of the second-filed action issued on PR Newswire on October 08, 2024 | 16-17 |
| E | Notice of the third-filed action issued on Business Wire on October 11, 2024 | 18-20 |
| F | Firm resume of Labaton Keller Sucharow LLP | 21-59 |
| G | Firm resume of Hagens Berman Sobol Shapiro LLP | 60-145 |