**Exhibit C**



NEWSROOM    SERVICES    CONTACT US    ENGLISH    SIGN IN    REGISTER



# SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of DexCom, Inc. Securities and Sets a Lead Plaintiff Deadline of October 21, 2024

August 21, 2024 15:16 ET | Source: **Levi & Korsinsky, LLP**    Follow

**Company Profile**

Levi & Korsinsky, LLP

Industry: Specialized Consumer Services

Website: https://zlk.com

**Press Release Actions**

Print
Download PDF
Subscribe via RSS
Subscribe via ATOM
Javascript

Share

NEW YORK, Aug. 21, 2024 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP:

**To: All persons or entities who purchased or otherwise acquired securities of DexCom, Inc. ("DexCom" or the "Company") (NASDAQ: DXCM)** between January 8, 2024 to July 25, 2024, both dates inclusive. **You are hereby notified** that the class action lawsuit *Charlene Alonzo v. DexCom, Inc., et al.* (Case No. 3:24-cv-01485 has been commenced in the United States District Court for the Southern District of California. To get more information **go to:**

https://zlk.com/pslra-1/dexcom-inc-lawsuit-submission-form

or contact Joseph E. Levi, Esq. either via email at jlevi@levikorsinsky.com or by telephone at (212) 363-7500. **There is no cost or obligation to you.**

According to the complaint, on July 25, 2024, Dexcom announced its financial results for the second quarter of fiscal 2024 and reduced its revenue guidance for the full fiscal year

Exhibit C
Page 13



NEWSROOM    SERVICES    CONTACT US            SIGN IN    REGISTER

immediately to DexCom's revelation. The price of DexCom's common stock declined dramatically. From a closing market price of $107.85 per share on July 25, 2024, DexCom's stock price fell to $64.00 per share on July 26, 2024, a decline of about 40.66% in the span of just a single day.

**If you suffered a loss in DXCM securities, you have until October 21, 2024** to request that the Court appoint you as lead plaintiff. Your ability to share in any recovery doesn't require that you serve as a lead plaintiff.

**WHY LEVI & KORSINSKY:** Over the past 20 years, the team at Levi & Korsinsky has secured hundreds of millions of dollars for aggrieved shareholders and built a track record of winning high-stakes cases. Our firm has extensive expertise representing investors in complex securities litigation and a team of over 70 employees to serve our clients. For seven years in a row, Levi & Korsinsky has ranked in ISS Securities Class Action Services' Top 50 Report as one of the top securities litigation firms in the United States.

**CONTACT:**

Levi & Korsinsky, LLP

Joseph E. Levi, Esq.

Ed Korsinsky, Esq.

33 Whitehall Street, 17th Floor

New York, NY 10004

jlevi@levikorsinsky.com

Tel: (212) 363-7500

Fax: (212) 363-7171

www.zlk.com

---

**Tags**

Class Action

# Recommended Reading

Exhibit C
Page 14



NEWSROOM    SERVICES    CONTACT US    SIGN IN    REGISTER

### SHAREHOLDER ALERT: Levi & Korsinsky, LLP Notifies Investors It Has Filed a Complaint to Recover Losses Suffered by Purchasers of Edwards...



NEW YORK, Oct. 14, 2024 (GLOBE NEWSWIRE) -- The following statement is being issued by Levi & Korsinsky, LLP: To: All persons or entities who purchased or otherwise acquired securities of...

### Terran Orbital Corporation Sued for Securities Law Violations – Investors Should Contact Levi & Korsinsky Before November 26, 2024 to...



NEW YORK, Oct. 14, 2024 (GLOBE NEWSWIRE) -- Levi & Korsinsky, LLP notifies investors in Terran Orbital Corporation ("Terran" or the "Company") (NYSE: LLAP) of a class action securities lawsuit. ...

## Explore



**ManTech Opens Center for Innovation and Partnershi...**

October 21, 2024 15:00 ET



**Puma Exploration Accelerates Acquisition of Claims...**

October 21, 2024 14:07 ET

• • • • •



### About Us

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

Follow us on social media:   in

### Global News

· English
· Français
· Deutsch

### Newswire Distribution Network & Management

· Home
· Newsroom
· RSS Feeds
· Notified

· Legal
· Contact us
· Resources

Exhibit C
Page 15